UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMARA WAREKA a/k/a
TAMARA WILLIAMS,

    Plaintiff,

v.                                                      Case No: 8:23-cv-665-CEH-SPF

LUXURY LAB LLC d/b/a
DOLL FACE BEAUTY,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Sean P. Flynn (Doc. 17). In the Report and Recommendation, Magistrate Judge Flynn recommends that Plaintiff's Motion for Entry of Final Default Judgment (Doc. 13) be granted in part and denied in part. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is now,

**ORDERED AND ADJUDGED**:

    1.    The Report and Recommendation of the Magistrate Judge (Doc. 17) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Motion for Entry of Final Default Judgment against Defendant (Doc. 13) is **GRANTED** in part and **DENIED** in part.

3. The motion is granted to the extent that Plaintiff, Tamara Wareka a/k/a Tamara Williams, is awarded $17,000 in statutory damages, $1,575.00 in attorney's fees, $467.00 in costs, and post-judgment interest under 28 U.S.C. § 1961 against Defendant, Luxury Lab LLC d/b/a Doll Face Beauty.

4. Additionally, Plaintiff's request for a permanent injunction is **GRANTED**.

5. A Final Default Judgment and a Permanent Injunction in favor of Plaintiff, Tamara Wareka a/k/a Tamara Williams, and against Defendant, Luxury Lab LLC d/b/a Doll Face Beauty, will be entered by separate order.

**DONE AND ORDERED** at Tampa, Florida on January 8, 2024.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Sean P. Flynn
Counsel of Record
Unrepresented parties, if any